UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NAOMI GASKIN-EL

              Plaintiff,

-against-

1199SEIU NATIONAL BENEFIT FUND,

              Defendant.

---

No. 24-CV-1169 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Plaintiff's letter (dkt. no. 32) requesting clarification on the Court's order on the parties' premotion letters (dkt. no. 31). Both parties may file motions for summary judgment. The parties shall jointly submit a proposed briefing schedule on their motions for summary judgment no later than August 15, 2025.

**SO ORDERED.**

Dated:    August 11, 2025
            New York, New York

                                        _Loretta A. Preska_
                                        LORETTA A. PRESKA
                                        Senior United States District Judge